| Account | Dispute ID | Date of Service | Claim Number | Initial Payment Date | Date of Open Negotiations | Date of IDR Initiation | HPHC Code | Written Determination Award | Decision Date | Balance Owed |
|---|---|---|---|---|---|---|---|---|---|---|
| 430246 | DISP-3776149 | 2/28/2025 | 202505290297 | 6/5/2025 | 6/20/2025 | 8/5/2025 | A0431 | $41,164.36 | 11/13/2025 | $12,688.84 |
| 430246 | DISP-3776150 | 2/28/2025 | 202505290297 | 6/5/2025 | 6/20/2025 | 8/5/2025 | A0436 | $27,364.80 | 11/13/2025 | $9,791.80 |

EXHIBIT A